Commonwealth ex rel. Parr *v.* Parr, Appellant.

Argued March 21, 1967. *Richard A. Devlin,* for appellant; *William R. Cooper, II,* for appellee.

Order affirmed.

Commonwealth ex rel. Wirth, Appellant, *v.* Russell.

Submitted March 20, 1967. *William Wirth,* appellant, in propria persona; *F. W. Rice,* Assistant District Attorney, and *H. F. Bonno,* District Attorney, for appellee.

Order affirmed.

Commonwealth *v.* Abrams, Appellant.

Argued March 22, 1967. *Robert K. Duffy,* with him *Duffy, North, Duffy & Wilson,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.